# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2009

139593

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                         SC: 139593
                                         COA: 283852
                                         Oakland CC: 2007-217605-FC

BRYAN DAVID THOMAS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 14, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2009                                _____
                                                       Clerk

11116